JOHNSTON *against* HEDDEN.

A declaration on a bond for 70*l.* stating that the plaintiff demanded the 70*l.* of the value of 175 dollars, lawful money of the state, which the defendant owes and detains, is good.

Pounds are not an unknown money of account, and the court will, *ex officio*, take notice of their value.

THIS was an action of debt, on a bond, dated the 12th April, 1796, for 70*l.* The plaintiff, in the declaration, declared the 70*l.* to be of the value of 175 dollars, lawful money of this state, which the defendant owes and detains ; and that the defendant bound himself in the said 70*l.*

To this declaration there was a special demurrer, stating that the 70*l.* are not alleged to be of lawful money of this state, nor of any other currency ; and the defendant [*275] insists, that in this, like the cases of suits for *foreign money not made current, the declaration must be in the *detinet* only, as if it were bullion.

*D. A. Ogden*, for the plaintiff.

*S. Jones*, jun. contra.

*Per Curiam.* The declaration is sufficient. *Pounds* are not a foreign or unknown money of account. The act requires that all accounts arising from proceeding in the courts of justice within this state, except as to bills of costs, and all *judgments* shall be in dollars, &c. This is not an account or demand arising from proceedings in a court of justice, and, therefore, it was not even necessary to state the value in dollars. The court will, as before, *ex officio*, take notice of the value of *pounds ;* and in rendering judgment, convert them into dollars. Besides, the value is here stated, and that is sufficient to direct the judgment.

There must be judgment for the plaintiff.

Judgment for the plaintiff.(*a*)

(*a*) See 1 Rev. Stat. of New York, 2d ed. 621.